UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                      :
                                            :
    MICHAEL A. COHEN             :
                                            :     Misc. No. 22-03002
                                            :

## ORDER

AND NOW, upon consideration of the Standing Chapter 13 Trustees' Motion to Compel, it is hereby ORDERED that the request is GRANTED.

IT IS ORDERED that Michael A. Cohen, Esquire shall appear before this Court on **April 20, 2022, at 12:00 p.m.** by calling Conference Call Number 877-336-1828 Access Code 7855846 to advise the Court the following:

(1) what steps he has taken to protect his clients and their files by notifying them of his purported career change;

(2) how he has made his clients' files available to them for retrieval; and

(3) what arrangements have been made for replacement counsel to enter appearances to protect his clients' interests in their current Chapter 13 cases.

Failure to appear may subject Michael A. Cohen, Esquire to sanctions by the Court.

                                                                                         **BY THE COURT:**

March 23, 2022

                                                                       Magdeline D. Coleman
                                                                       Chief U.S. Bankruptcy Judge